# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **DEWAYNE CUNNINGHAM,**<br>**AIS 190108,** | : |
| | : |
|     Petitioner, | : |
| vs. | :    **CIVIL ACTION 04-0607-WS-C** |
| **JERRY FERRELL,** | : |
|     Respondent. | : |

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated March 28, 2005 is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this 6th day of May, 2005.

                                              s/WILLIAM H. STELE
                                              UNITED STATES DISTRICT JUDGE