# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **DEWAYNE CUNNINGHAM,** **AIS 190108,** | : |
| Petitioner, | : |
| vs. | :    **CIVIL ACTION 04-0607-WS-C** |
| **JERRY FERRELL,** | : |
| Respondent. | : |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the present habeas corpus petition, filed pursuant to 28 U.S.C. § 2254, be dismissed due to petitioner's failure to comply with 28 U.S.C. § 2244(b)(3)(A).

**DONE** and **ORDERED** this 6th day of May, 2005.

                                                                       s/WILLIAM H. STELE
                                                                        UNITED STATES DISTRICT JUDGE